UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                                                                       :

DRYWALL TAPERS AND POINTERS OF      :
GREATER NEW YORK LOCAL UNION 1974, :
AFFILIATED WITH INTERNATIONAL         :
UNION OF ALLIED PAINTERS AND ALLIED :        20 Civ. 1125 (LGS)
TRADES, AFL-CIO                               :
                                Petitioner,   :                    ORDER
                                                       :
                        -against-                   :
                                                       :
TIGER CONTRACTING CORP.,              :
                                       Respondent. :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, on February 10, 2020, Petitioner filed a petition to confirm an arbitration award.

       WHEREAS, the arbitration award requires the payment by Respondent of $6,000 in fines for failure to submit remittance reports between the dates of July 2, 2019, and September 17, 2019.

       WHEREAS, the Petition, memorandum of law in support and exhibits do not explain the number of reports that Respondent failed to submit, or the relevance of the Trade Agreement filed as Exhibit C to the Declaration of Lauren M. Kugielska in support of the Petition.  It is hereby

       ORDERED that, by July 31, 2020, Petitioner shall supplement its briefing to inform the Court -- with supporting declaration and exhibits as necessary -- of the number of remittance reports that Respondent purportedly failed to submit, how the $6,000 fine was calculated and the

relevance of the Trade Agreement filed as Exhibit C to the Declaration of Lauren M. Kugielska in support of the Petition.

Dated: July 20, 2020
      New York, New York

                                             **LORNA G. SCHOFIELD**
                                             **UNITED STATES DISTRICT JUDGE**