

**BARNES IACCARINO & SHEPHERD LLP**

258 Saw Mill River Road, Elmsford, NY 10523
Tel: 914.592.1515 | Fax: 914.592.3213

Riccardo Iaccarino
Wendell V. Shepherd

Michael C. Anderson
Matthew J. Berger*
Danielle M. Carney
Michele Harari
Dana L. Henke
Steven H. Kern
Lauren M. Kugielska*
Giacchino J. Russo

3 Surrey Lane
Hempstead, NY 11550
Tel:  516.483.2990
Fax: 516.483.0566

29 Legion Drive
Bergenfield, NJ 07621
Tel: 201.387.2600

Roy Barnes, Retired

*Also Admitted in NJ

July 23, 2020

**Application GRANTED.  The supplemental supporting documents shall be filed by August 21, 2020.**

**Dated: July 24, 2020**
**New York, New York**

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

Re:     Drywall Tapers and Pointers of Greater New York Local Union 1974, Affiliated with International Union of Allied Painters and Allied Trades, AFL-CIO v. Tiger Contracting Corp.

Case No.: 20-CIV-1125 (LGS)

Dear Judge Schofield:

  This office represents Petitioner Drywall Tapers and Pointers of Greater New York Local Union 1974, IUPAT, AFL-CIO (the "Union") in the above referenced matter. This letter makes reference to the Court's Order dated July 21, 2020, directing Petitioner to provide supplemental supporting declarations and exhibits by July 31, 2020.

  This is an action brought by Petitioner to enforce a labor arbitration award. Please be advised that Respondent has not entered an appearance in this matter, nor has made any attempt to cooperate in providing the relief sought in Petition. Please be further advised that Petitioner is in the processing of receiving supplemental supporting documents.

  In light of these circumstances, Petitioner respectfully requests an extension to file supplemental supporting documents until August 21, 2020.  No prior extensions to file the aforementioned documents have been made in this matter.

  Kindly advise this office of the Court's decision regarding Petitioner's request.

  I appreciate your time and attention to this matter.

Respectfully yours,

*/s/ Lauren Kugielska*
Lauren M. Kugielska, Esq.