# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

DRYWALL TAPERS AND POINTERS OF
GREATER NEW YORK LOCAL UNION 1974,
AFFILIATED WITH INTERNATIONAL UNION
OF ALLIED PAINTERS AND ALLIED TRADES,
AFL-CIO,

                Petitioner,                    20 **CIVIL**1125(LGS)

    -against-                                   **JUDGMENT**

TIGER CONTRACTING CORP.,

                Respondent.

-----------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 17, 2020, the Petition is granted; the Union is entitled to $6,000.00 in fines, as set forth in the award, and post-judgment interest, calculated at the statutory rate prescribed by 28 U.S.C. § 1961; accordingly, the case is closed.

**Dated**: New York, New York
        September 17, 2020

                                                  RUBY J. KRAJICK
                                                  **Clerk of Court**
                                  **BY:**
                                                    **Deputy Clerk**